b.  Carla Hatcher
    THORPE, HATCHER & WASHINGTON
    2929 Carlisle Street #250
    Dallas, Texas 75201
    (214)969-5500

c.  Liane A. Janovsky
    Bracewell & Patterson, L.L.P.
    500 N. Akard Street, Suite 4000
    Dallas, Texas 75201-3387
    (214)758-1000


                            Respectfully submitted by:


                            _____
                            Robert (Bobby) Lee
                            State Bar No. 00787888

                            Heygood, Orr & Reyes, L.L.P.
                            2301 E. Lamar, Suite 140
                            Arlington, TX 76006
                            Telephone: (817) 633-2802
                            Telecopier: (817) 633-3988

                            **ATTORNEY FOR PLAINTIFF**

PLAINTIFF'S EXPERT DISCLOSURE - 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record by certified mail, return receipt requested, on the ___10th___ day of February, 2003:

Ms. L. Denise Galambos
Ms. Robyn B. Weiss
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Ms. Melissa M. Goodman
HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789

_____
Robert G. Lee

PLAINTIFF'S EXPERT DISCLOSURE - 3



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT STALETS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:02-CV-2085-R |
| | § | |
| PORTEX, INC. d/b/a SIMS PROTEX, | § | |
| INC., SIMS PORTEX, INC. d/b/a | § | |
| PORTEX, INC. and SMITHS GROUP, | § | |
| PLC d/b/a SMITHS MEDICAL d/b/a | § | |
| SIMS PORTEX, INC. d/b/a PORTEX, | § | |
| INC. | § | |

## PLAINTIFF'S EXPERT DISCLOSURE

TO: Defendant Portex, Inc., et al., by and through it's attorney of record, Ms. Melissa M. Goodman, HAYNES AND BOONE, LLP, 901 Main Street, Suite 3100, Dallas, Texas 75202-3789.

Plaintiff, Scott Stalets, make these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2) and Order of the Court.

### A. Identity of Experts

1. The following persons may be used as trial to present evidence under Federal Rules of Evidence 702, 703 or 705, additionally these experts are expected to testify regarding the reasonableness of the hourly fee charged by Plaintiff's Counsel and the normal hourly fees charged by employment counsel with similar experience and/or board certifications:

    a.    Robert G. Lee
           Heygood, Orr & Reyes, L.L.P.
           2301 E. Lamar, Suite 140
           Arlington, Texas 76006
           (817) 633-2800
           FAX (817) 633-3988