ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MAY 21 2003

| | |
|---|---|
| SCOTT STALETS, ) | |
| Plaintiff, ) | |
| v. ) | Civ. A. No. 3 02CV-2085R |
| PORTEX, INC., et al. ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1, it is hereby stipulated and agreed by and between Plaintiff Scott Stalets and Defendants Portex, Inc. and Smiths Group PLC that this action is dismissed in its entirety, with prejudice, with each side to bear its own costs and attorneys' fees.

Respectfully submitted by:

_____
Robert (Bobby) Lee
State Bar No. 00787888
Heygood, Orr & Reyes, L.L.P.
2301 E. Lamar, Suite 140
Arlington, TX 76006
Telephone: (817) 633-2802
Telecopier: (817) 633-3988

**ATTORNEY FOR PLAINTIFF**

_____
L. Denise Galambos (*pro hac vice*)
Robyn B. Weiss (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 739-5664
Telecopier: (202) 739-3001

Melissa M. Goodman, Bar. No. 00790648
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Telephone: (214) 651-5628
Telecopier: (214) 200-0455
**ATTORNEYS FOR DEFENDANTS**